

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHARLES LEVI MORROW, | § | No. 08-16-00040-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 394th District Court |
| THE STATE OF TEXAS, | § | |
| | | of Brewster County, Texas |
| Appellee. | § | |
| | | (TC# 4410) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF APRIL, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.